IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–02709–MDB

DAVID ULERY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BLACK CEO, LLC d/b/a SUCCESSFEST, and
TREVELYN OTTS,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests. (Doc. No. 32.) Having reviewed the Motion and after making a finding of good cause, it is **ORDERED:**

1. Plaintiff's Motion to Compel is **GRANTED**.

2. Defendants, BLACK CEO, LLC dba SUCCESSFEST ("BLACK CEO") and TREVELYN OTTS ("OTTS"), shall serve full and complete Responses to Plaintiff's First Set of Discovery Requests no later than fifteen (15) days from the date of this order.

3. Any and all objections that could have been raised in connection with Plaintiff's First Set of Discovery Requests are deemed waived.

4. Defendants, BLACK CEO and OTTS' failure to comply with the Order shall result in a finding of contempt of Court.

5.     The Court reserves jurisdiction to impose an appropriate sanction, including payment of all reasonable attorneys' fees and costs.

Dated: September 22, 2023.

**BY THE COURT:**

_____
Maritza Dominguez Braswell
United States Magistrate Judge